# CONTRACT
## for
## G-5 Domestic Employee

**Section 1. Parties to the Contract.** The parties to the contract, a copy of which shall be filed promptly with the Human Resources Service Center of the World Bank Group, are the following persons:

**Nilda J. Maypa** (the "Employer"), a staff member of the World Bank Group who resides at 6528 Koziara Drive, Burke, VA 22015 in the United States ("U.S.") holds a G-4 Visa; and **Cristina F. Cruz** (the "Domestic Employee"), whose permanent address is 06 Duat Passville, Pulungmasle, Guagua, Pampanga, and is a citizen of the Philippines.

**Section 2. Description of Duties.** In accordance with the terms and conditions of this Contract, the Employer agrees to employ the Employee at or in connection with the Employer's residence in the position of domestic employee with the following duties: clean, cook, do laundry and babysit. The Employee shall work only for the Employer while in the U.S., unless the Employee's G-5 Visa is transferred to a different sponsor with the approval of the U.S. Department of State.

**Section 3. Hours of Work.** The Employee shall be provided a minimum of 35 hours per week of paid employment. The normal number of hours per week shall be 40, including the following normal work hours : Monday (from 8:00 am to noon, 1:30pm – 5:00 pm), Tuesday (from 8:00 am to noon, 1:30pm – 5:00 pm), Wednesday (from 8:00 am to noon, 1:30pm – 5:00 pm), Thursday (from 8:00 am to noon, 1:30pm – 5:00 pm), Friday (from 8:00 am to noon, 1:30pm – 4:30 pm) and Saturday (from 2:00 pm – 5:00 pm).

**Section 4. Time-Off from Work.** The Employee shall be provided a minimum of at least one full day off each week, which day will normally be Sunday. In addition, the Employee will be provided time-off from work with pay on sick days at a maximum of 2 days per year.

**Section 5. Minimum Wage.** The Employee shall be paid at the rate of $6.50 per hour for all working hours. Wages shall be paid by check or electronic fund transfer to the Employee's bank account, on either a weekly or biweekly basis, and copies of pay records will be made available without charge to the Employee.

**Section 6. Overtime Pay.** Work in excess of 40 hours per week must be paid for at the minimum rate of one and one-half times the base hourly wage where required by law.

**Section 7. Tax Payments.** The Employer shall ensure that the Employee obtains a U.S. Social Security card and shall pay the Employer's share of Social Security taxes and Medicare, as well as any other required taxes or contributions, including federal and state unemployment insurance and Workers Compensation insurance, on all wages actually paid. The Employee must pay the Employee's share of Social Security and any applicable federal and state income taxes on all wages.

**Section 8. Meals and Lodging.** The Employee will reside in the Employer's residence. If so, this will be voluntary and for the convenience of the Employee. The Employer may deduct meals and lodging expenses from the Employee's contractual wage under Section 5 to the extent permitted by law, but such deductions shall not exceed $100 per week. The Employer will provide 3 meals per day to the Employee at a cost of $63.00 per week.

**Section 9. Medical Insurance.** Medical care may be very expensive in the United States. The Employer will offer medical insurance to the Employee at a cost to the Employee of $25 per week.

**Section 10. Domestic Employee Dependents.** If the Employee will be accompanied by minor dependents, children between the ages of six and 17 will be made to attend school in the U.S. during the school year. The Employee's dependents are not permitted to work in the U.S.

**Section 11. Transportation and Other Costs.** The Employee will be provided with round-trip transportation to and from the U.S., at no cost to the Employee, at the beginning of employment and after its termination. The Employee shall be responsible for her pocket money.

**Section 12. Termination of Employment and Departure.** Either the Employer or the Employee may terminate this Contract at any time during the Employee's first year of employment for cause, for example employee misconduct or incompetence, or, after one year, without cause. In addition, if less than a year after the commencement of the Employee's employment, either the Employer or the Employee may terminate this Contract without cause by giving the other party at least one month's notice or, in the case of contract termination by the Employer, by paying the Employee at least one month's wages. If the Domestic Employee's employment by the Employer terminates for any reason, the Employee will not be permitted to remain in the U.S. and will be required to leave the country promptly. In addition, the Employer will report the Employee's termination to the World Bank Group, which will report this information to the U.S. Department of State.

**Section 13. Other Terms of Employment.**

**(a) Requirements of Employment.** The Employee's presence in the Employer's residence will not be required except during working hours, and the Employee's passport, visa, copy of the contract and other personal property will not be withheld by the Employer for any reason.

**(b) Legal Provisions.** This Contract shall be interpreted and applied in accordance with the laws of the place of the Employer's U.S. residence during the Employee's employment. Once signed by the parties to the Contract, this contract may not be modified except by a written amendment, a copy of which must be promptly filed with the Human Resources Service Center of the World Bank Group.

- 3 -

(c) *Duration of Contract.* The term of this Contract shall be for 2 year, commencing on February 1, 2002 and expiring on January 31, 2004, and may be extended by mutual agreement between the Employee and Employer.

**Section 14.** *Complaint Procedure.* The Employee has the right to make a complaint, or to have a complaint made on his or her behalf, with respect to the Employee's fair treatment under the World Bank Group's Code of Conduct Regarding Employment of G-5 domestic Employees. Such a complaint may be filed with the World Bank's Office of Business Ethics (202-473-0279). The World Bank Group's complaint procedures shall not prevent the Employee from notifying governmental authorities or taking legal action in connection with any matter affecting his or her employment. The Employer may not interfere with such complaints or retaliate against the Employee for any good faith statement or action by or on behalf of the Employee in connection with a complaint.

Employer's Signature: _NGMayor_  Date: _Dec. 14 2001_

Employer's Name: _NILDA J. MAYPA_

District of Columbia _Washington ss:_

Subscribed and sworn to before me this _1st_ day of _December 2001_

Samuel A. Gabbidon, Notary Public
My Commission Expires November 14, 2005

Employee's UPI: _15878_

Employee's Signature: _CF Cruz_  Date: _JAN 12, 2002_

Employee's Name: _CRISTINA F. CRUZ_

SUBSCRIBED AND SWORN TO before me this 12th day of January 2002, Affiant having exhibited her Community Tax Certificate No. 09346524 issued on January 11, 2002 at Gaspan, Pampanga, Philippines.

RICARDO M. SAMSON
Notary Public
Until December 31, 2002
PTR O/R No. 7765395 1-19-01
San Fernando, Pampanga

Doc. No. 250
Page No. 67
Book No. III
Series of 2002