# KONTRATA para sa G-5 Kawaning Pantahanan

**Seksiyon 1. Mga Partido sa Kontrata at Tagal ng Kontrata.**

(a) Ang kontratang ito (mag-bilog ng isa) ay/ay hindi isasagawa sa dalawang magkamukhang magkamukha na kopya, isa salin sa Ingles at ang pangalawa sa wikang _Pilipino_, upang mapadali ang pag-unawa ng mga partido, kung saan ang tekstong salin sa wikang Ingles ang siyang ipinalagay na namamahala. Ang mga partido sa kontrata, ang kopya sa wikang Ingles na siyang maagap na isalansan sa Human Resources Service Center ng World Bank Group, ay ang mga sumusunod na tao: _NILDA S. MAYPA_ (ang "Maypatrabaho"), kasaping kawani ng World Bank Group na naninirahan sa _6528 Rojiana Drive Burke, VA 22015_ sa Estados Unidos ("U.S.") ay mamamayan ng _Pilipinas_ at may-hawak na G-4 na Bisa; at _CRISTINA F. CRUZ_ (ang "Kawaning Pantahanan" o "Kawani") na pirmihang naninirahan sa _Talang, Guagua, Pampanga, Phil._ at mamamayan ng _Pilipinas_, may-hawak o nag-aaplay para sa G-5 na bisa.

(b) Ang takdang panahon ng Kontratang ito ay isang taon man lamang, magmula sa _Mar 1, 2005_ at matitigil sa _Feb. 28, 2006_ at maaaring pahabain sa pamamagitan ng kasulatan kung saan may kasunduan sa isa't isa ang Kawani at ang Maypatrabaho, at maagap na isalansan ang kopya sa Human Resources Service Center ng World Bank Group.

**Seksiyon 2. Paglalarawan sa mga Tungkulin.** Alinsunod sa mga patakaran at batayan ng Kontratang ito, ang Maypatrabaho ay sumasang-ayon na upahan ang Kawani sa tirahan o sa anumang may kaugnayan sa tirahan ng Maypagawa sa (mga) katungkulan bilang _Katulong_ (e.g., tagapangasiwa ng bahay, tagaluto, tagapangalaga ng bata, katiwala, tsuper, o iba pang kawaning pantahanan) na may sumusunod na tungkulin: _Tagapangasiwa ng bahay_. Ang Kawani ay magtatrabaho lamang sa Maypatrabaho habang nasa U.S., maliban kung ang G-5 Bisa ng Kawani at malipat sa ibang Tagatangkilik na may pagsang-ayon ng U.S. Department of State.

**Seksiyon 3. Oras ng Paggawa.** Anumang oras ng araw kung saan ang pamamalagi ng Kawani ay kinakailangan ay ituturing na oras ng paggawa (kabilang ang mga oras na ginugol sa magdamag). Kabilang din sa oras ng paggawa ang mga oras na kung saan hindi magamit ng Kawani ang oras para sa sarili. Ang Kawani ay pagkakalooban ng 35 oras bawat linggo bilang pinakamababang dami ng paggawa na may bayad. Ang Kawani ay pagkakalooban ng isang buong araw sa isang linggo bilang araw ng pahinga. Ang karaniwang bilang ng oras bawat linggo ay _____, kabilang ang sumusunod na karaniwang oras ng paggawa. (tukuying ang oras ng pagsimula at pagtapos):

| | Linggo | Lunes | Martes | Miyerkules | Huwebes | Biyernes | Sabado |
|---|---|---|---|---|---|---|---|
| Oras ng pagsimula | | 9 am | 9 am | 9 am | 9 am | 9 am | |

Mga Inisyal: _____ Maypatrabaho: _NM_ Kawani: _CFC_

| Oras ng pagtapos | | 4 p.m. | 4 p.m. | 4 pm | 7 pm | 4 pm | | |
|---|---|---|---|---|---|---|---|---|

**Seksiyon 4. Panahon na Walang Paggawa.** Bilang karagdagan, ang kawani ay/ay hindi (pumili ng isa) pagkakalooban ng panahon na walang paggawa, sa sumusunod:

Bilang ng mga araw ng pista (mag-bilog ng isa: *May Bayad/Walang Bayad*): __2__  Iniuutos

Bilang ng mga araw na may-sakit (mag-bilog ng isa: *May Bayad/Walang Bayad*): __2__

Bilang ng mga araw ng Bakasyon (mag-bilog ng isa: *May Bayad/Walang Bayad*): __3 linggo__

**Seksiyon 5. Sweldo.** Ang Kawani ay babayaran sa halagang $__6.72__ bawat oras para sa lahat ng oras ng paggawa, kung saan mas mataas sa pinakamababang sahod at pinatutupad na umiiral na sahod sa ilalim ng mga patnubay ng US State Department ($6.72 bawat oras magmula Abril 2003), saklaw lamang sa mga pagbabawas na pinahihintulutan ng batas. Kung ang umiiral na sweldo ay tumaas sa panahong saklaw ng kontratang ito, ang Kawani ay dapat bayaran man lang ng bagong umiiral na sweldo mula sa araw na magkabisa ang pagbago sa umiiral na sweldo. Ang mga sweldo ay babayaran sa pamamagitan ng tseke o salin-pondo elektroniko sa banko ng Kawani, ng lingguhan o dalawang beses bawat linggo. Mga kopya ng talaan ng pagbayad ay ipagkakaloob ng walang singil sa mga Kawani.  Iniuutos

**Seksiyon 6. Paggawa lagpas sa oras at Kabayaran.**

   (a) Paggawa ng Lagpas sa Oras. Anumang tungkulin na ginawa na labis sa karaniwang oras ng paggawa bawat linggo ay ituturing na lagpas sa oras.

   (b) Bayad sa Lagpas Oras. Ang paggawa na labis sa 40 oras bawat linggo ay dapat bayaran sangayon sa batas estado (ang pinakamababang halaga na 1.5 beses na minultiplika sa punong singil bawat oras na sweldo sa Maryland at ang pinakamababang halaga ng punong singil bawat oras sa Virginia o ng Distito ng Columbia).  Iniuutos

**Seksiyon 7. Pagbayad ng Buwis.** Titiyakin ng Maypatrabaho na makakuha ang Kawani ng U.S. Social Security card at magbayad ng bahagi ng Maypatrabaho ng buwis pang Social Security at Medicare, gayon din sa mga iba pang ipinag-uutos na buwis at mga ambag, kabilang na ang mga buwis pederal at pang-estado para sa Seguro sa pagkawalang trabaho at Seguro sa Pasahod ng Manggagawa, sa lahat ng buwis na totoong binayaran. Ang Kawani ang magbabayad ng bahagi ng Kawani para sa Social Security at anumang maaaring buwis pederal at pang-estado sa lahat ng sweldo.  Iniuutos

**Seksiyon 8. Pagkain at Matutuluyan.** Kung ang Kawani ay naninirahan sa bahay ng Maypatrabaho o sa ibang lupain na pagmamay-ari o inuupahan ng Maypatrabaho, ang pagkain at matutuluyan ay babayaran ng Maypatrabaho at hindi iaawas sa sahod ng Kawani na nakasaad sa kontrata.  Iniuutos

Mga Inisyal:_____ Maypatrabaho: _MYM_ Kawani: _CFC_

**Seksiyon 9. Segurong Medikal.** Ang Maypatrabaho ay ipinaguutos na maglaan ng segurong medikal para sa Kawani nang walang gastos sa bahagi ng Kawani. | Iniuutos

**Seksiyon 10. Mga Sustentado ng Kawaning Pantahanan.** Kung ang Kawani ay sasamahan ng mga sustentado, halimbawa asawa o mga anak, ang mga benepisyo na dapat ilaan sa mga sustentado kung meron man, ay _____N/A_____.
Sinumang menor na sustentado na kasama ng Kawani ay ipinaguutos na pumasok sa paaralan sa mga araw na may klase bilang pagtupad sa sapilitang batas sa pagpapa-aral na may kapangyarihan sa lugar kung saan naninirahan ang Kawani. | Hindi Ubligado

**Seksiyon 11. Transportasyon at iba pang Gastusin.**

(a) Sapilitang Tadhana Pang-transportasyon: Ang Kawani ay pagkakalooban ng transportasyon ng walang bayad sa bahagi ng Kawani, papuntang U.S. sa simula ng paninilbihan at mula sa U.S. matapos ang pagwawakas ng paninilbihan (anu man ang dahilan). | Iniuutos

(b) Iba pang gastusin ng Maypatrabaho: Ang Maypatrabaho ang siyang mananagot sa mga sumusunod na gastusin, kung meron man __Rss pent fees__.

(c) Iba pang gastusin ng Kawani: Ang Kawani ang siyang mananagot sa mga sumusunod na gastusin, kung meron man __Pocket Money__. | Hindi Ubligado

**Seksiyon 12. Pagwawakas ng Paninilbihan at Pag-alis.** Alinman sa Maypatrabaho o sa Kawani ay maaaring tapusin ang kontratang ito sa anumang panahon sa loob ng unang taon ng paninilbihan sa kadahilanang, halimbawa, masamang ugali o kawalang kakayahan sa bahagi ng Kawani, o, makalipas ang isang taon, nang walang kadahilanan. Karagdagan dito, kung kulang sa isang taon mula sa pagsimula ng paninilbihan ng Kawani, alinman sa Kawani o sa Maypatrabaho ay maaaring tapusin ang kontratang ito nang walang kadahilanan sa pamamagitan ng pagbigay ng isang buwang babala, o sakaling tapusin ng Maypatrabaho ang kontrata, sa pamamagitan ng pagbayad ng isang buwan man lamang na sweldo. Kung ang paninilbihan ng Kawani para sa Maypatrabaho ay mawakasan sa anumang kadahilanan, Ang Kawani ay hindi pahihintulutang manatili sa U.S. at ipinaguutos na lumisan ng U.S. nang mabilisan. Karagdagan dito, ang Maypatrabaho ay agarang iuulat ang pagkaka-alis ng Kawani sa Human Resources Service Center ng World Bank Group, na mag-uulat naman ng impormasyong ito sa U.S. Department of State. | Iniuutos

**Seksiyon 13. Iba pang Mga Tadhana sa Paninilbihan.**

(a) Sapilitang mga Batayan. Ang pagtigil ng Kawani sa tirahan ng Maypatrabaho ay hindi kinakailangan maliban kung oras ng paggawa. Ang pasaporte ng Kawani, bisa, I-94 card, kopya ng kontratang ito sa wikang Ingles at anumang salin-wika, at lahat ng sariling pagmamay-ari ng Kawani ay hindi maaaring binbinin ng Maypatrabaho mula sa Kawani sa anuman dahilan. | Iniuutos

(b) Karagdagang mga Tadhana sa Paninilbihan. Ang sumusunod na karagdagang mga | Hindi

Mga Inisyal:_____ Maypatrabaho: _NM_ Kawani: _LFC_

| | |
|---|---|
| tadhana sa paninilbihan ay ipag-uutos sa Kawani: | Ubligado |
| _____ Kung ang Kawani ay kinakailangang mag-suot ng uniporme sa oras ng paggawa, Ang Maypatrabaho ang siyang maglalaan ng uniporme at ng pagpalinis nito nang walang gastos sa bahagi ng Kawani. | |
| (c) Mga Tadhanang Ayon sa Batas. Ang kontratang ito ay mapagkakahulugan at maipapatupad alinsunod sa batas ng lugar na tinitirhan ng Maypatrabaho sa U.S. habang naninilbihan ang Kawani. Kapag napirmahan na ng mga partido sa kontrata, ang kontratang ito ay hindi maaaring baguhin maliban sa pamamagitan ng nakasulat na pagbabago, at maagap na isalansan ang kopya sa Human Resources Service Center ng World Bank Group. | Iniuutos |
| **Seksiyon 14. Paraan ng Pagreklamo.** Ang Kawani ay may karapatang mag-reklamo, o magka-reklamo na isinagawa sa kanyang kapakanan na may pag-galang sa patas na pakikitungo sa Kawani na saklaw ng Code of Conduct Regarding Employment of G-5 Domestic Employees ng World Bank Group. Ang reklamong gaya nito ay maaring isalansan sa Business Ethics (202-473-0279) ng World Bank Group. Ang pamamaraan sa pagreklamo ng World Bank Group ay hindi hahadlang sa Kawani sa pag ulat nito sa mga may kapangyarihan o sa pagsakdal sa anumang bagay na nauugnay sa kanyang paninilbihan. Ang Maypatrabaho ay hindi maaaring humadlang sa ganitong pagsasakdal o maghiganti laban sa Kawani para sa anumang mabuting hangarin ng o sa kapakanan ng Kawani na kaugnay sa reklamo. | Iniuutos |

**Lagda ng Maypatrabaho:** _N Mayyar_  **Petsa** _2/22/05_

**Pangalan ng Maypatrabaho:** _NILDA MAYPA_  **UPI ng Maypatrabaho:** _15878_

**Lagda ng Kawani:** _x CF Cruz_  **Petsa:** _____

**Pangalan ng Kawani:** _CRISTINA F. CRUZ_